# Earnings Statement



LAUDA-BRINKMANN    LP
9 EAST STOW ROAD, SUITE C
MARLTON,  NJ 08053

| | |
|---|---|
| Period Beginning: | 10/01/2025 |
| Period Ending: | 10/15/2025 |
| Pay Date: | 10/15/2025 |

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table

**LISSIE M RUIZ**
**4415 ABERDALE ROAD**
**PHILADELPHIA  PA 19136**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3047.09 | 75.00 | 3,047.09 | 57,894.71 |
| **Gross Pay** | | | **$3,047.09** | 57,894.71 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -166.37 | 3,186.23 |
| | Social Security Tax | -179.50 | 3,423.48 |
| | Medicare Tax | -41.98 | 800.65 |
| | PA State Income Tax | -88.83 | 1,694.17 |
| | Philadelphia Income Tax | -114.03 | 2,170.17 |
| | NJ SDI Tax | -7.01 | 133.16 |
| | NJ Paid Family Leave Ins | -10.05 | 191.05 |
| | NJ SUI Tax | | 184.02 |
| | **Other** | | |
| | Medical | -150.52* | 2,682.38 |
| | Vision | -3.23* | 29.07 |
| | 401K | -91.41* | 1,736.79 |
| | REIMBR | | -2,609.99 |
| | **Net Pay** | **$2,194.16** | |
| | CHECKG | -2,194.16 | 44,273.53 |
| | **Net Check** | **$0.00** | |

Your PA taxable wages this period are
$2,893.34
Your Philadelphia taxable wages this period are
$3,048.89

| Other Benefits and Information | this period | total to date |
|---|---|---|
| DISCR | 91.41 | 1,736.79 |
| G.T.L. | 1.80 | 34.20 |
| Sick Hours Bal | 8.00 | |
| Totl Hrs Worked | 75.00 | |

### Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

### Additional Tax Withholding Information

Taxable Marital Status:
   NJ:            Married
   PA:            Married
Exemptions/Allowances:
   NJ:            4,Table A
   PA:            4

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,801.93

© 2000 ADP, Inc.



ADP TotalSource
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

| | | |
|---|---|---|
| **Advice number:** | | **00000410021** |
| Pay date: | | 10/15/2025 |



THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **LISSIE M RUIZ** | xxxxxx0454 | xxxx xxxx | $2,194.16 |

## NON-NEGOTIABLE



# Earnings Statement

LAUDA-BRINKMANN    LP
9 EAST STOW ROAD, SUITE C
MARLTON, NJ 08053

| | |
|---|---|
| Period Beginning: | 09/16/2025 |
| Period Ending: | 09/30/2025 |
| Pay Date: | 09/30/2025 |

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

**LISSIE M RUIZ
4415 ABERDALE ROAD
PHILADELPHIA PA 19136**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3047.09 | 75.00 | 3,047.09 | 54,847.62 |
| **Gross Pay** | | | **$3,047.09** | 54,847.62 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -166.37 | 3,019.86 |
| | Social Security Tax | -179.49 | 3,243.98 |
| | Medicare Tax | -41.98 | 758.67 |
| | PA State Income Tax | -88.83 | 1,605.34 |
| | Philadelphia Income Tax | -114.03 | 2,056.14 |
| | NJ SDI Tax | -7.01 | 126.15 |
| | NJ Paid Family Leave Ins | -10.06 | 181.00 |
| | NJ SUI Tax | | 184.02 |
| | **Other** | | |
| | Medical | -150.52* | 2,531.86 |
| | Vision | -3.23* | 25.84 |
| | 401K | -91.41* | 1,645.38 |
| | REIMBR | | -2,609.99 |
| | **Net Pay** | **$2,194.16** | |
| | CHECKG | -2,194.16 | 42,079.37 |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,801.93

Your PA taxable wages this period are
$2,893.34
Your Philadelphia taxable wages this period are
$3,048.89

| Other Benefits and Information | this period | total to date |
|---|---|---|
| DISCR | 91.41 | 1,645.38 |
| G.T.L. | 1.80 | 32.40 |
| Sick Hours Bal | 8.00 | |
| Totl Hrs Worked | 75.00 | |

## Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

## Additional Tax Withholding Information

Taxable Marital Status:
  NJ:          Married
  PA:          Married
Exemptions/Allowances:
  NJ:          4,Table A
  PA:          4

© 2000 ADP, Inc.


**ADP TotalSource**
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

| | |
|---|---|
| Advice number: | 00000390015 |
| Pay date: | 09/30/2025 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| LISSIE M RUIZ | xxxxxx0454 | xxxx xxxx | $2,194.16 |

**NON-NEGOTIABLE**

# Earnings Statement 

LAUDA-BRINKMANN   LP
9 EAST STOW ROAD, SUITE C
MARLTON, NJ 08053

| Period Beginning: | 09/01/2025 |
|---|---|
| Period Ending: | 09/15/2025 |
| Pay Date: | 09/15/2025 |

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table

**LISSIE M RUIZ**
**4415 ABERDALE ROAD**
**PHILADELPHIA PA 19136**

## Earnings

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3047.09 | 67.50 | 3,047.09 | 51,800.53 |
| **Gross Pay** | | | **$3,047.09** | 51,800.53 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -166.37 | 2,853.49 |
| Social Security Tax | -179.50 | 3,064.49 |
| Medicare Tax | -41.98 | 716.69 |
| PA State Income Tax | -88.83 | 1,516.51 |
| Philadelphia Income Tax | -114.03 | 1,942.11 |
| NJ SDI Tax | -7.01 | 119.14 |
| NJ Paid Family Leave Ins | -10.05 | 170.94 |
| NJ SUI Tax | | 184.02 |
| **Other** | | |
| Medical | -150.52* | 2,381.34 |
| Vision | -3.23* | 22.61 |
| 401K | -91.41* | 1,553.97 |
| REIMBR | | -2,609.99 |
| **Net Pay** | **$2,194.16** | |
| CHECKG | -2,194.16 | 39,885.21 |
| **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,801.93

Your PA taxable wages this period are
$2,893.34
Your Philadelphia taxable wages this period are
$3,048.89

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| DISCR | 91.41 | 1,553.97 |
| G.T.L. | 1.80 | 30.60 |
| Sick Hours Bal | 8.00 | |
| Totl Hrs Worked | 67.50 | |

## Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

## Additional Tax Withholding Information

Taxable Marital Status:
  NJ:          Married
  PA:          Married
Exemptions/Allowances:
  NJ:          4,Table A
  PA:          4

© 2000 ADP, Inc.



**ADP TotalSource**
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

| Advice number: | 00000370019 |
|---|---|
| Pay date: | 09/15/2025 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| LISSIE M RUIZ | xxxxxx0454 | xxxx xxxx | $2,194.16 |

**NON-NEGOTIABLE**



# Earnings Statement

*LAUDA-BRINKMANN LP*
*9 EAST STOW ROAD, SUITE C*
*MARLTON, NJ 08053*

| | |
|---|---|
| Period Beginning: | 08/16/2025 |
| Period Ending: | 08/31/2025 |
| Pay Date: | 08/29/2025 |

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

**LISSIE M RUIZ**
**4415 ABERDALE ROAD**
**PHILADELPHIA PA 19136**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3047.09 | 67.50 | 3,047.09 | 48,753.44 |
| **Gross Pay** | | | **$3,047.09** | 48,753.44 |

Your PA taxable wages this period are
$2,893.34
Your Philadelphia taxable wages this period are
$3,048.89

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -166.37 | 2,687.12 |
| | Social Security Tax | -179.50 | 2,884.99 |
| | Medicare Tax | -41.97 | 674.71 |
| | PA State Income Tax | -88.83 | 1,427.68 |
| | Philadelphia Income Tax | -114.03 | 1,828.08 |
| | NJ SDI Tax | -7.01 | 112.13 |
| | NJ Paid Family Leave Ins | -10.06 | 160.89 |
| | NJ SUI Tax | | 184.02 |
| | **Other** | | |
| | Medical | -150.52* | 2,230.82 |
| | Vision | -3.23* | 19.38 |
| | 401K | -91.41* | 1,462.56 |
| | REIMBR | | -2,609.99 |
| | **Net Pay** | **$2,194.16** | |
| | CHECKG | -2,194.16 | 37,691.05 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| DISCR | 91.41 | 1,462.56 |
| G.T.L. | 1.80 | 28.80 |
| Sick Hours Bal | 8.00 | |
| Totl Hrs Worked | 67.50 | |

## Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

## Additional Tax Withholding Information

Taxable Marital Status:
  NJ:        Married
  PA:        Married
Exemptions/Allowances:
  NJ:        4,Table A
  PA:        4

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,801.93

© 2000 ADP, Inc.

 TotalSource
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

| | |
|---|---|
| Advice number: | 00000350015 |
| Pay date: | 08/29/2025 |



THIS IS NOT A CHECK

# NON-NEGOTIABLE

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **LISSIE M RUIZ** | xxxxxx0454 | xxxx xxxx | $2,194.16 |

# Earnings Statement



O6Z ██████ 000400 XN50K 0000330020
Page 1(Con't Next Page)

LAUDA-BRINKMANN LP
9 EAST STOW ROAD, SUITE C
MARLTON, NJ 08053

| | |
|---|---|
| Period Beginning: | 08/01/2025 |
| Period Ending: | 08/15/2025 |
| Pay Date: | 08/15/2025 |

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

**LISSIE M RUIZ
4415 ABERDALE ROAD
PHILADELPHIA PA 19136**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3047.09 | 82.50 | 3,047.09 | 45,706.35 |
| **Gross Pay** | | | **$3,047.09** | 45,706.35 |

Your federal taxable wages this period are
$2,801.93
Your PA taxable wages this period are
$2,893.34
Your Philadelphia taxable wages this period are
$3,048.89

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -166.37 | 2,520.75 |
| | Social Security Tax | -179.50 | 2,705.49 |
| | Medicare Tax | -41.98 | 632.74 |
| | PA State Income Tax | -88.83 | 1,338.85 |
| | Philadelphia Income Tax | -114.03 | 1,714.05 |
| | NJ SUI Tax | -2.72 | 184.02 |
| | NJ SDI Tax | -7.00 | 105.12 |
| | NJ Paid Family Leave Ins | -10.05 | 150.83 |
| | **Other** | | |
| | Medical | -150.52* | 2,080.30 |
| | Vision | -3.23* | 16.15 |
| | 401K | -91.41* | 1,371.15 |
| | REIMBR | | -2,609.99 |
| | **Adjustment** | | |
| | REIMBR | +484.24 | |
| | **Net Pay** | **$2,675.69** | |
| | CHECKG | -2,675.69 | 35,496.89 |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| DISCR | 91.41 | 1,371.15 |
| G.T.L. | 1.80 | 27.00 |
| Sick Hours Bal | 16.00 | |
| Totl Hrs Worked | 82.50 | |

### Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

EFFECTIVE THIS PAY PERIOD YOU HAVE SATISFIED THE NJ SUI TAX LIMIT.

### Additional Tax Withholding Information

Taxable Marital Status:
| NJ: | Married |
|---|---|
| PA: | Married |

© 2000 ADP, Inc.



**A Professional Employer Organization**
5800 Windward Parkway
Alpharetta, GA 30005

| | | |
|---|---|---|
| **Advice number:** | | **00000330020** |
| Pay date: | | 08/15/2025 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **LISSIE M RUIZ** | xxxxxx0454 | xxxx xxxx | $2,675.69 |

**NON-NEGOTIABLE**

**Earnings Statement**

ADP®

O6Z    ▇▇▇▇▇000400  XN50K    0000030020

Page    2

*LAUDA-BRINKMANN    LP*
*9 EAST  STOW  ROAD,  SUITE  C*
*MARLTON,  NJ  08053*

| Period Beginning: | 08/01/2025 |
|---|---|
| Period Ending: | 08/15/2025 |
| Pay Date: | 08/15/2025 |

Filing Status: Married  filing  jointly
Exemptions/Allowances:
  Federal:  Standard  Withholding  Table

**LISSIE  M  RUIZ**
**4415  ABERDALE  ROAD**
**PHILADELPHIA   PA  19136**

**Additional  Tax  Withholding  Information**

Exemptions/Allowances:
  NJ:              4,Table  A
  PA:              4

© 2000  ADP,  Inc.

**CONTINUED    FROM    PRIOR    PAGE**
**YOUR    VOUCHER    IS  PROVIDED    ON  PAGE  1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**