# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lissie Magaly Ruiz,<br><br>*Debtor*. | Case No. 25-14341-DJB<br>Chapter 13 |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on February 18, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated. Date:

February 18, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service – CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Method of Service - First Class Mail:**

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212

Aidvantage
Attn: Bankruptcy
1891 Metro Center Dr
Reston, VA 20190-5287

Ally Financial, Inc
500 Woodward Ave
Detroit, MI 48226-3416

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bridgecrest Acceptance Corp
Attn: Bankruptcy
7300 East Hampton Avenue Suite 100
Mesa, AZ 85209-3324

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0027

**Citibank/The Home Depot**
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
Saint Louis, MO 63179-0040

**City of Philadelphia**
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

**City of Philadelphia**
Attn: Parking Violations Branch
PO Box 41819
Philadelphia, PA 19101-1819

**Comenity Bank/Avenue**
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Comenity Bank/Lane Bryant CC
Comenity Bank, Bankruptcy Department
PO Box 182125
Columbus, OH 43218-2125

Comenity Bank/Torrid
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Comenity Capital Bank/bjsclb
Comenity Capital Bank, Bankruptcy Department PO Box 182125
Columbus, OH 43218-2125

Comenity Capital/IKEA
Attn: Bankruptcy
PO Box 18125
Columbus, OH 43218

**Comenity/Ikea**
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

**ComenityCapital/Boscov**
Attn: Bankruptcy Dept
PO Box 182125
Columbus, OH 43218

**Concora Credit**
Genesis FS Card Services PO Box 4477
Beaverton, OR 97076-4477

**Connexus Credit Union**
Attn: Bankruptcy Department
P.O.Box 8026
Wausau, WI 54402-8026

**Cornerstone**
PO Box 82561
Lincoln, NE 68501

**Credit One Bank**
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Kia Motors Finance**
Attn: Bankruptcy
PO Box 20825
Fountain Valley, CA 92728

Mr. Cooper
Attn: Bankruptcy
P.O. Box 818060
Cleveland, OH 44181

Nelnet
Attn: Bankruptcy
121 S 13th St
Lincoln, NE 68508-1904

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

PGW
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Radiusglobal**
7831 Glenroy Road
Edina, MN 55439

**Jenine A. Ruiz**
4415 Aberdale Rd
Philadelphia, PA 19136-1405

**Syncb/Harbor Freight**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

**Syncb/Old Navy**
Attn: Bankruptcy
PO Box 96506
Orlando, FL 32896-5065

**Syncb/walm**
Po Box 71746
Philadelphia, PA 19176

**Synchrony Bank**
Po Box 965064
Orlando, FL 32896-5064

**Synchrony Bank/ Old Navy**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

**Synchrony Bank/Amazon**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

**Synchrony Bank/Lowes**
Bankruptcy
PO Box 965060
Orlando, FL 32896

**Synchrony Bank/Select Comfort**
Attn: Bankruptcy
PO Box 965065
Orlando, FL 32896-5065

**Synchrony/HSN**
Attn: Bankruptcy
PO Box 965065
Orlando, FL 32896-5065

**Target NB**
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**U.S. Department of Justice**
Attorney General
PO Box 683
Washington, DC 20044-0683

**Uplift Inc/Flexpay**
Attn: Bankruptcy
275 Battery Street, Suite 2300
San Francisco, CA 94111

**Upstartnet**
P.o. Box 1503
San Carlos, CA 94070

**Usdoe/glelsi**
2401 International Lane Madison, WI 53704