United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 25-14341-djb |
|---|---|
| Lissie Magaly Ruiz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 04, 2026 | Form ID: 155 | Total Noticed: 67 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lissie Magaly Ruiz, 4415 Aberdale Rd, Philadelphia, PA 19136-1405 |
| 15065425 | | Comenity Bank/Lane Bryant CC, Comenity Bank, Bankruptcy Department PO, Columbus, OH 43218-2125 |
| 15065427 | | Comenity Capital Bank/bjsclb, Comenity Capital Bank, Bankruptcy Depart, Columbus, OH 43218-2125 |
| 15065436 | | Jenine A. Ruiz, 4415 Aberdale Rd, Philadelphia, PA 19136-1405 |
| 15065437 | + | Kia Motors Finance, Attn: Bankruptcy, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 15065441 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15065445 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15065457 | | Target NB, C/O Financial & Retail Services Mailstop, Minneapolis, MN 55440 |
| 15065459 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15065413 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 05 2026 00:30:19 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 15065414 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 05 2026 00:30:24 | Aidvantage, Attn: Bankruptcy, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 15066506 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 05 2026 00:30:18 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15073829 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 05 2026 00:30:11 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15065415 | | Email/Text: ally@ebn.phinsolutions.com | Jun 05 2026 00:24:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 15083312 | | Email/PDF: bncnotices@becket-lee.com | Jun 05 2026 00:30:10 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15065416 | | Email/PDF: bncnotices@becket-lee.com | Jun 05 2026 00:30:12 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15065417 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 05 2026 00:24:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15085053 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 05 2026 00:24:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15065418 | | Email/Text: rm-bknotices@bridgecrest.com | Jun 05 2026 00:24:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 15066502 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 05 2026 00:30:24 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15065422 | | Email/Text: megan.harper@phila.gov | | |

District/off: 0313-2     User: admin     Page 2 of 4

Date Rcvd: Jun 04, 2026     Form ID: 155     Total Noticed: 67

| ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Jun 05 2026 00:24:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15118693 | | Email/Text: megan.harper@phila.gov | Jun 05 2026 00:24:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15065419 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2026 00:30:16 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15077329 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 05 2026 00:30:13 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15070057 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 05 2026 00:30:24 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15065420 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 05 2026 00:30:13 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15090309 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 05 2026 00:30:19 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15065421 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 05 2026 00:30:25 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 15065423 | | Email/Text: bankruptcy@philapark.org | Jun 05 2026 00:24:00 | City of Philadelphia, Attn: Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15065424 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 05 2026 00:24:00 | Comenity Bank/Avenue, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15065426 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 05 2026 00:24:00 | Comenity Bank/Torrid, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15065428 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 05 2026 00:24:00 | Comenity Capital/IKEA, Attn: Bankruptcy, PO Box 18125, Columbus, OH 43218 |
| 15065429 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 05 2026 00:24:00 | Comenity/Ikea, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15065430 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 05 2026 00:24:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15065431 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 05 2026 00:24:00 | Concora Credit, Genesis FS Card Services PO Box 4477, Beaverton, OR 97076-4401 |
| 15065432 | | Email/Text: bankruptcy@connexuscu.org | Jun 05 2026 00:24:00 | Connexus Credit Union, Attn: Bankruptcy Department, P.O.Box 8026, Wausau, WI 54402-8026 |
| 15065433 | ^ | MEBN | Jun 05 2026 00:21:04 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15065434 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 05 2026 00:30:12 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15065435 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 05 2026 00:24:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15085243 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 05 2026 00:24:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15088713 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2026 00:30:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15065438 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 05 2026 00:24:00 | Mr. Cooper, Attn: Bankruptcy, P.O. Box 818060, Cleveland, OH 44181-8060 |
| 15065439 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 05 2026 00:24:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, |

District/off: 0313-2      User: admin      Page 3 of 4

Date Rcvd: Jun 04, 2026      Form ID: 155      Total Noticed: 67

| ID | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | NE 68508-1922 |
| 15065440 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 05 2026 00:24:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15065444 | ^ | MEBN | Jun 05 2026 00:20:48 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15065442 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 05 2026 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15065443 | ^ | MEBN | Jun 05 2026 00:21:09 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15065446 | | Email/Text: bankruptcy@philapark.org | Jun 05 2026 00:24:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15081523 | | Email/Text: bnc-quantum@quantum3group.com | Jun 05 2026 00:24:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc. FBO (Connexus Cre, PO Box 788, Kirkland, WA 98083-0788 |
| 15087627 | | Email/Text: bnc-quantum@quantum3group.com | Jun 05 2026 00:24:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15065447 | + | Email/Text: ngisupport@radiusgs.com | Jun 05 2026 00:24:00 | Radiusglobal, 7831 Glenroy Road, Edina, MN 55439-3132 |
| 15065448 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2026 00:30:22 | Syncb/Harbor Freight, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15065449 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2026 00:30:15 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 96506, Orlando, FL 32896-5065 |
| 15065450 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2026 00:30:15 | Syncb/walm, Po Box 71746, Philadelphia, PA 19176-1746 |
| 15065451 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2026 00:30:22 | Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 15065452 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2026 00:30:23 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15065453 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2026 00:30:10 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15065454 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2026 00:30:22 | Synchrony Bank/Lowes, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15065455 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2026 00:30:22 | Synchrony Bank/Select Comfort, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15065456 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2026 00:30:15 | Synchrony/HSN, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15084416 | | Email/Text: bncmail@w-legal.com | Jun 05 2026 00:24:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 15065458 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 05 2026 00:24:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15075479 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 05 2026 00:24:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 15065460 | | Email/Text: bknotice@upgrade.com | Jun 05 2026 00:24:00 | Uplift Inc/Flexpay, Attn: Bankruptcy, 275 Battery Street, Suite 2300, San Francisco, CA 94111 |
| 15073113 | + | Email/Text: peritus@ebn.phinsolutions.com | Jun 05 2026 00:24:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |

District/off: 0313-2                          User: admin                                Page 4 of 4

Date Rcvd: Jun 04, 2026                       Form ID: 155                         Total Noticed: 67

| 15065461 | + Email/Text: UpStart@ebn.phinsolutions.com | Jun 05 2026 00:24:00 | Upstartnet, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 15065462 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 05 2026 00:24:00 | Usdoe/glelsi, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 58

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Lissie Magaly Ruiz help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
    Lissie Magaly Ruiz                      )            Case No. 25−14341−djb
                                                )
                                                )
    Debtor(s).                             )            Chapter: 13
                                                )
                                                )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: June 4, 2026                              For The Court

                                                Derek J Baker
                                                Judge, United States Bankruptcy Court